IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD TITUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 12-1030-MMM-JEH ) |
| RANDY PRISTER, *et al.*, | ) ) ) |
| Defendants. | ) |

ORDER

**MICHAEL M. MIHM, U.S. District Judge:**

This cause is before the Court on Plaintiff's motion for reimbursement of out-of-pocket expenses and on United States Magistrate Judge Jonathan Hawley's Report and Recommendation regarding that motion.

United States Magistrate Judge Hawley has issued a Report and Recommendation in which he recommends that this Court grant Plaintiff's motion for reimbursement of out-of-pocket expenses and that it reimburse Plaintiff's counsel in the amount of $688.57. Therein, Magistrate Judge Hawley also explained that the Parties had fourteen (14) days to object to his Report and Recommendation and that a failure to object would constitute a waiver of such objection on appeal.

As of today, no party has objected to Magistrate Judge Hawley's Report and Recommendation. The Court has reviewed Magistrate Judge Hawley's Report and Recommendation, and it agrees with him that Plaintiff's motion and request for reimbursement are proper and appropriate.

IT IS, THEREFORE, ORDERED:

1. Magistrate Judge Hawley's Report and Recommendation [60] is ADOPTED.

2. Plaintiff's motion for reimbursement of out-of-pocket expenses [56] is GRANTED.

Entered this 5th day of January, 2016

s/Michael M. Mihm

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

REQUEST FOR PAYMENT FROM THE DISTRICT COURT FUND
                                                     VOUCHER NUMBER
                                                     (DCF)

**PLEASE TYPE OR PRINT WITH BALLPOINT PEN**

Case Title
___Titus v. Pfister *et. al.*_____ Case Number __12-cv-1030_____

PRESIDING JUDGE ____Hon. Michael M. Mihm_____

ATTORNEY NAME: __Nathaniel M. Schmitz_ Business No_217-355-5510___

FIRM OR BUSINESS NAME __Torricelli & Limentato P.C._____

STREET ADDRESS __2504 Galen Drive_____Room Number __Suite 101_____

CITY__Champaign_____STATE _IL__ ZIP___61821_____

NAME OF PARTY REPRESENTED __Richard Titus_____

_____ITEMIZED EXPENSES_____

**(Please attach documentation for each expense)**
| | |
|---|---|
| DEPOSITIONS AND TRANSCRIPTS | $___221.00_____ |
| INVESTIGATIVE, EXPERT OR OTHER SERVICES | $_____ |
| TRAVEL EXPENSES (_380_ miles @ 56.5¢ and 385_ miles @ 56¢ ) | $___430.30_____ |
| WITNESS FEES | $_____ |
| INTERPRETER SERVICES; EXPERT WITNESS FEE | $_____ |
| PHOTOGRAPHS, PHOTOCOPIES, TELEPHONE TOLL CALLS | $___37.27_____ |
| OTHER (Please attach description of expense) | $_____ |

                    EXPENSES TOTAL:

                                                              $____688.57_____

_____ITEMIZED ATTORNEY FEES_____

IN COURT HOURS CLAIMED:
                                                              $__N/A__

OUT OF COURT HOURS CLAIMED:
                                                               $__N/A__

ATTORNEY FEES TOTAL:                             $__N/A__

TOTAL AMOUNT CLAIMED                            $__N/A__

                                                                        **Exhibit 1**

I swear (or affirm) the truth and correctness of the above statements and that each of the listed expenses were, in my best judgment, necessary for the adequate preparation and presentation of the above-named case.  I hereby request reimbursement for the total amount of expenses incurred in the preparation of this case.

Attorney's Signature s/Nathaniel Schmitz  Date 11/11/15

Approved/Certified s/Michael M. Mihm
For Payment _____  Date 1/05/16  Amt Approved/ Certified $ 688.57
Signature of Presiding Judge

_____  Date_____
Signature of Chief Judge

For Payments over $1,000 see attached written order.

**FOR OFFICE USE ONLY**
  **AMOUNT REMITTED: $** _____  **CHECK NUMBER** _____
  **CLERK'S SIGNATURE**